# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** 25-8083

**Case Name** United States of America v. Brian Alexis Patron Lopez

Requesting Party Name(s) Brian Alexis Patron Lopez

I am:
- ○ The party requesting the extension.
- ◉ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other *(you **must** describe the document)*

The requested new due date is: July 23 , 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Although counsel ordered all transcripts in December 2025, the outstanding transcripts—comprising more than 1,000 pages of proceedings—were not completed and filed until the evening of July 7, 2026.

**Signature** s/Meghan Blanco **Date** 7/14/26

*(use "s/[typed name]" to sign electronically-filed documents)*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

◉ I have previously requested an extension of time to file the document.

This motion is my fourth request.
*(Examples: first, second)*

Bail/detention status (*select one*):

◉ The defendant is incarcerated. The projected release date is: NA/life.

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** s/Meghan Blanco **Date** 7/14/26
*(use* "s/[typed name]" *to sign electronically-filed documents)*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*
2. The brief's current due date is: [July 14, 2026]
3. The brief's first due date was: [April 22, 2026]
4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   As explained elsewhere, I received the remaining transcripts the evening of July 7, 2026.

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☒ Unknown. I am unable to verify the position of the other party/parties because:

   I have not received a response yet, but opposing counsel has not opposed prior requests.

6. ☐ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

   There are missing transcripts. I expect them to be filed in the next few days.

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/Meghan Blanco **Date** 7/14/26

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Attachment to Form 14

Counsel ordered all transcripts in December 2025 and reasonably believed that all requested transcripts had been completed and filed. In June 2026, however, counsel discovered that portions of the trial transcripts, as well as at least one pretrial hearing transcript, had not been completed.

Counsel promptly contacted the court reporter responsible for the missing portions. The reporter explained that she had left her position the week after trial but would make efforts to locate the outstanding transcripts. As reflected in Appellant's previous extension request, filed June 30, 2026, the reporter advised counsel that she believed she had located all but one of the missing transcripts and expected to file the remaining portions within the next several days.

The missing transcripts were not filed until the evening of July 7, 2026. Since receiving them, counsel has worked diligently to review the newly filed material and finalize the opening brief. The late-filed transcripts comprise more than 1,000 pages of testimony, including proceedings that reference sealed filings and issues directly relevant to the appeal. Despite counsel's diligent efforts over the past week, she has been unable to complete the brief by the current due date.

Counsel respectfully requests a brief additional extension of time to complete a thorough review of the newly filed transcripts, incorporate the relevant portions into the opening brief, and ensure that the brief accurately reflects the complete appellate record.