United States Court of Appeals

For the NINE CIRCUIT

United States of America, )
) Appeal Number : # 25-8083
v. )
)
)
Brian Alexis Patron Lopez, )

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 20 2026

FILED ____
DOCKETED ____ DATE ____ INITIAL

# Motion for Extention of Time to file Opening Brief

The appellant Mr. lopez request 60-day extention of time to file its Opening Brief in this appeal. In Support of his request Mr. Lopez states as follows:

1. The Docket sheet reflects see #416 Transcript Designation and Ordering form was due on 01/27/2026 However Mr. Lopez has not received a copy of the record on appeal.

Mr. lopez filed a pro se Motion Order of Designation of Record on Appeal, on May 14, 2026 see Exibit A. Mr. lopez also send a letter to Meghan Annette Blanco (counsel) on May 14, 2026 requesting a copy of the record to prepare for this appeal. see Exibit B. Mr. Lopez has tried reaching out to her law office number #949-296-9869 and email mblanco@meghanblanco.com he is unable to communicate with her, to discuss this appeal.

2. Mr. lopez has not consent for appellant counsel to file any Opening Brief on his behalf without Mr. Lopez approval of such argument to be cause.

Mr. Lopez needs a copy of the record in order to adequately prepare and raise any merit claims.

3. This request is made for good cause and not for the purpose of delay, so that Mr. Lopez defense will have adequate time to prepare properly in its Opening Brief in this appeal.

Wherefore, Mr. Lopez requests a 60-day extention of time to file its Opening Brief as he awaits to receive the Record of Appeal by either the District Court or Appellant Counsel. An extention of time should be granted so Mr. Lopez can obtain the record and get in contact Ms. Meghan at this critical stage of the proceedings.

Respectfully Submitted,
Brian Alexis Patron Lopez
Bryan Lopez
~~[illegible]~~
United States Penitentiary
P.O. Box 019001
Atwater CA 95301
August 17, 2026

United States District Court
Southern District of California

Exibit A. 1

United States of America,

v.

Brian Alexis Patron Lopez

Case: 3:21-cr-01683-WQH

## ORDER OF DESIGNATION of RECORD ON APPEAL

Before the court for consideration is the Motion filed by the Petitioner, Mr. Patron Lopez, in which he seeks designation of the record on appeal. Pursuant to the Federal Rules of Appellate Procedure, Rule 10(b)(1), this court may issue and order designating the record on appeal. This court, after careful review, finds that the Motion should be granted.

The Clerk shall prepare and file as the record on appeal on the following documents:

1). Brady v. Maryland, 373 U.S. 83 (1963), see Doc. 188
2) The Grand jury transcripts
3). The Presentence Report and Sentencing transcripts, and P.S. objections
4) The Jury Instructions; and Special Verdict forms: Indictments
5) Trial transcripts, The record
6). Mr Lopez needs the record in order to adequately prepare his initial brief that will refer the court's attention to specific locations in the record that support his arguments, in accordance with Rule 28(a)(8)(A) ("Appellant's contentions to the authorities and parts of the record on which the appellant relies"). However, without a copy of the record, it is impossible for the appellant to tie the record to his arguments.

Exibit A. 2

It Is HEREBY ORDERED that the above listed documents are designat-ed as the record on appeal. see DOC. 411.

Done this 14th day of 2026 of May

William Q Hayes

Presiding Judge

Respectfully Submitted,
Brian Alexis Patron Lopez
Bryan Lopez
May 14 th 2026
United States Penitentiary
P. O. Box 019001
Atwater CA 95301

District: Southern District of California. 321-cr-01683-WQH-4
Court of Appeals Doc# 25-8083
Brian Alexis Patron Lopez,

The notice of appeal was filed on Dec, 11 2025. The Docket sheet reflects that Im still being represented by Meghan Annette Blanco. Law Offices of Meghan Blanco 28202 Cabot Road Suite 300 Laguna Niguel, CA 92677.

Mr. Brian Alexis Patron Lopez, request Meghan Blanco trial counsel, as new Appellant counsel. Mr. Lopez seeks designation of the record on appeal Pursuant to the Federal Rules of Appellate Procedure. Rule 10(b)(1). Mr. Lopez requests that he be loaned/furnished a copy of the record on appeal for briefing purposes only.

1. Mr. Lopez needs the record in order to adequately prepare his initial brief that will refer the court's attention to specific locations in the record that support his arguments. in accordance with Rule 28(a)(8)(A)("Appellant's contention to the authorities and parts of the record on which the appellant relies") However, without a copy of the record, it is impossible for the appellant to tie the record to his arguments -e.g. jury Instructions. Special verdict form; indictments; etc.
2. Mr. Lopez request the Grand Jury Transcripts in addition to the Record.
3. Appellate counsel must ask Mr. Lopez for authorization before filing the opening brief. Consistent with the Sixth Amendment.
4. Mr. Lopez wants to be part of this litigation
5. Upon receiving this letter, Mr. Lopez would ask if you can reach out, make an app. for a legal call. Thank you, Ms. Meghan

Respectfully Submitted,
Brian AlExis Patron Lopez
Bryan Lopez
May 14th 2026
United States Penitentiary
P.O. Box 019001
Atwater CA 95301